IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHERRY STEPHENS**                                            **PLAINTIFF**

**v.**                        **CASE NO. 4:23-CV-00817-BSM**

**RADIOLOGY CONSULTANTS**
**OF LITTLE ROCK, PA**                                     **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 14th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE